No. 77–5818. HARTFORD *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 77–5821. HINES *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 77–5823. HALE, AKA SMITH *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–5830. CLAYTON *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 77–5835. SWETS ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 77–5844. AGUILAR-GARCIA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 77–5847. GRAHAM *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 76–1451. ROGERS ET AL. *v.* EXXON RESEARCH & ENGINEERING Co. C. A. 3d Cir. Certiorari denied. MR. JUSTICE STEWART and MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 77–26. CHIN *v.* UNITED STATES; and
No. 77–32. CHIN *v.* UNITED STATES. C. A. 2d Cir. Motions of Asian-American Legal Defense & Education Fund and Asian Law Caucus, Inc., et al. for leave to file briefs as *amici curiae* granted. Certiorari denied. Reported below: 556 F. 2d 560.

No. 77–263. CENTRAL SOUTH CAROLINA CHAPTER, SOCIETY OF PROFESSIONAL JOURNALISTS, SIGMA DELTA CHI, ET AL. *v.* MARTIN, U. S. DISTRICT JUDGE, ET AL. C. A. 4th Cir. Certiorari denied. MR. JUSTICE WHITE and MR. JUSTICE POWELL would grant certiorari.